MANCY PENDERGRASS (SBN: 252705)
2500 E Colorado Boulevard, Suite 340
Pasadena, CA  91107
Telephone: (213) 309-3605
Email:  mancy.pendergrass@bmo.com

Attorney for Defendant
BMO BANK N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SOLMAZ DEHCHESHMEH,

      Plaintiff,

  vs.

BMO BANK NATIONAL ASSOCIATION;
AND, TRANS UNION LLC,

      Defendants.

CASE NO. 5:24-cv-09225-NW

**DEFENDANT BMO BANK N.A.'S
ANSWER TO THE COMPLAINT**

---

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

Defendant BMO Bank N.A. ("Defendant", or "BMO"), by and through its undersigned counsel of record, hereby answers for itself only Plaintiff Angela Ames' ("Plaintiff") Complaint as follows:

## INTRODUCTION

1. Answering paragraph 1 of the Complaint, BMO submits that the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") speaks for itself and deny Plaintiffs' characterizations in this paragraph.

2. Answering paragraph 2 of the Complaint, BMO submits that Cal. Civ. Code §§ 1788.1 (a)-(b) speaks for itself and deny Plaintiffs' characterizations in this paragraph.

3. Answering paragraph 3 of the Complaint, BMO admits that Plaintiff has brought this lawsuit and denies the remaining allegations.

4. Answering paragraph 4 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

5. Answering paragraph 5 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

6. Answering paragraph 6 of the Complaint, BMO denies the allegations as they relate to BMO. BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph as they relate to Trans Union LLC, and on that basis denies all such allegations.

7. Answering paragraph 7 of the Complaint, BMO denies the allegations as they relate to BMO. BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph as they relate to Trans Union LLC, and on that basis denies all such allegations.

8. Answering paragraph 8 of the Complaint, BMO denies the allegations as they relate to BMO. BMO lacks sufficient knowledge to form a belief as to the allegations in

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

this paragraph as they relate to Trans Union LLC, and on that basis denies all such allegations.

## JURISDICTION AND VENUE

9. Answering paragraph 9 of the Complaint, BMO admits that this Court has jurisdiction over these claims.

10. Answering paragraph 10 of the Complaint, BMO admits Plaintiff brings their claim under the statutes stated in this paragraph. BMO Denies that Plaintiff states a valid claim in this case.

11. Answering paragraph 11 of the Complaint, BMO admits that this Court has jurisdiction over these claims.

12. Answering paragraph 12 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations regarding Plaintiff's residence, and on that basis denies all such allegations. BMO denies that all conduct complained of in the Complaint occurred within this judicial district. BMO admits that it conducts business in this judicial district. BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph as they relate to Trans Union LLC, and on that basis denies all such allegations.

13. Answering paragraph 13 of the Complaint, BMO lacks sufficient knowledge to form a belief as to these allegations, and on that basis denies all such allegations.

14. Answering paragraph 14 of the Complaint, BMO submits that the law cited in this Paragraph, the FCRA, speaks for itself and deny Plaintiffs' characterizations in this paragraph.

15. Answering paragraph 15 of the Complaint, BMO submits that Plaintiff sets for a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of this paragraph are denied.

16. Answering paragraph 16 of the Complaint, BMO admits that it is a National Banking Association with its headquarters located in Chicago, Illinois.

17. Answering paragraph 17 of the Complaint, BMO lacks sufficient knowledge to form

3

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

18. Answering paragraph 18 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

19. Answering paragraph 19 of the Complaint, BMO admits Plaintiff brings their claim under the statutes stated in this paragraph. BMO Denies that Plaintiff states a valid claim in this case.

20. Answering paragraph 20 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

21. Answering paragraph 21 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

22. Answering paragraph 22 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

23. Answering paragraph 23 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

24. Answering paragraph 24 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

25. Answering paragraph 25 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

26. Answering paragraph 26 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such

DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT

allegations.

27. Answering paragraph 27 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

28. Answering paragraph 28 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

29. Answering paragraph 29 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

30. Answering paragraph 30 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

31. Answering paragraph 31 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

32. Answering paragraph 32 of the Complaint, BMO submits that the paragraph consists of conclusions of law to which no response is required. To the extend a response is required, BMO submits that the law cited in this Paragraph, the FCRA, speaks for itself and deny Plaintiffs' characterizations in this paragraph.

33. Answering paragraph 33 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

34. Answering paragraph 34 of the Complaint, BMO denies all allegations of this paragraph.

35. Answering paragraph 35 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

36. Answering paragraph 36 of the Complaint, BMO denies all allegations of this paragraph.

37. Answering paragraph 37 of the Complaint, BMO denies all allegations of this paragraph.

38. Answering paragraph 38 of the Complaint, BMO denies all allegations of this paragraph.

39. Answering paragraph 39 of the Complaint, BMO denies all allegations of this paragraph.

40. Answering paragraph 40 of the Complaint, BMO denies all allegations of this paragraph.

41. Answering paragraph 41 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

42. Answering paragraph 42 of the Complaint, BMO denies all allegations of this paragraph.

43. Answering paragraph 43 of the Complaint, BMO denies all allegations of this paragraph.

44. Answering paragraph 44 of the Complaint, BMO denies all allegations of this paragraph.

45. Answering paragraph 45 of the Complaint, BMO denies all allegations of this paragraph.

46. Answering paragraph 46 of the Complaint, BMO denies all allegations of this paragraph.

47. Answering paragraph 47 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

48. Answering paragraph 48 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such

6

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

allegations.

49. Answering paragraph 49 of the Complaint, BMO denies all allegations of this paragraph.

50. Answering paragraph 50 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

51. Answering paragraph 50 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph related to Plaintiff's conduct, and on that basis denies all such allegations. BMO denies all remaining allegations of this paragraph.

52. Answering paragraph 52 of the Complaint, BMO lacks sufficient knowledge to form a belief as to the allegations in this paragraph, and on that basis denies all such allegations.

53. Answering paragraph 53 of the Complaint, BMO denies all allegations of this paragraph.

54. Answering paragraph 54 of the Complaint, BMO denies all allegations of this paragraph.

55. Answering paragraph 55 of the Complaint, BMO admits that Plaintiff brought this action. BMO denies all remaining allegations of this paragraph.

<u>COUNT 1</u>
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**15 U.S.C. §§ 1681-1681X (FCRA)**
**[AGAINST ALL DEFENDANTS]**

56. Answering paragraph 56 of the Complaint, BMO reasserts its responses to the Complaint as set forth herein, and incorporates the same by reference.

57. Answering paragraph 57 of the Complaint, BMO denies all allegations of this paragraph.

58. Answering paragraph 58 of the Complaint, BMO submits that the law cited in this Paragraph, the FCRA, speaks for itself. BMO denies that Plaintiff is entitled to any

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

relief.

59.    Answering paragraph 59 of the Complaint, BMO submits that the law cited in this Paragraph, the FCRA, speaks for itself. BMO denies that Plaintiff is entitled to any relief.

## COUNT II
### VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT CAL. CIV. CODE § 1785.1, ET SEQ. [AGAINST BMO]

60.    Answering paragraph 60 of the Complaint, BMO reasserts its responses to the Complaint as set forth herein, and incorporates the same by reference.

61.    Answering paragraph 61 of the Complaint, BMO denies all allegations of this paragraph.

62.    Answering paragraph 62 of the Complaint, BMO admits that it provides information to credit reporting agencies and denies all remaining allegations of this paragraph.

63.    Answering paragraph 63 of the Complaint, BMO submits that the law cited in this Paragraph, the California Consumer Credit Reporting Agencies Act ("CCCRA"), speaks for itself and deny Plaintiffs' characterizations in this paragraph.

64.    Answering paragraph 64 of the Complaint, BMO denies all allegations of this paragraph.

65.    Answering paragraph 65 of the Complaint, BMO denies all allegations of this paragraph.

## PRAYER FOR RELIEF

1.    Answering paragraph 1 of the Prayer for Relief ("Prayer"), BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

2.    Answering paragraph 2 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

3.    Answering paragraph 3 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT

4.    Answering paragraph 4 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

5.    Answering paragraph 5 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

6.    Answering paragraph 6 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

7.    Answering paragraph 7 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

8.    Answering paragraph 8 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

9.    Answering paragraph 9 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

10.    Answering paragraph 10 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

11.    Answering paragraph 11 of the Prayer, BMO denies Plaintiff is entitled to any of the relief sought in that paragraph.

## GENERAL DENIAL

All other allegations not specifically admitted are denied.

## ADDITIONAL AND SEPARATE DEFENSES

BMO asserts each of the following additional and separate defenses listed below. BMO reserves the right to amend, correct, and/or withdraw any of its additional and separate defenses.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1.    The Complaint, and each and every cause of action alleged therein fails to state facts sufficient to constitute a cause of action for which relief may be granted.

2.    Plaintiff cannot meet the requirements of 15 U.S.C. §1681o in order to recover

9

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

actual damages. The conduct of BMO was not negligent.

## SECOND AFFIRMATIVE DEFENSE

### (Pre-Emption)

3. The Plaintiff's Second Count related to the CCCRA is pre-empted by the FCRA.

## THIRD AFFIRMATIVE DEFENSE

### (Reasonable Procedures)

4. BMO maintained and maintains reasonable procedures to assure complaints with the FCRA.

## FOURTH AFFIRMATIVE DEFENSE

### (Compliance with FCRA)

5. BMO, in compliance with the FCRA, reasonably and completely reinvestigated all information disputed by Plaintiff.

6. BMO at all times acted in compliance with the FCRA

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Establish Liability)

7. Plaintiff has failed to establish the necessary elements of liability under the FCRA. This includes challenging the accuracy of the disputed information, causation, and the reasonableness of the defendant's actions.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

8. The Plaintiff's own negligence contributed to the alleged harm suffered.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

9. Plaintiff failed to mitigate their alleged damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT

10.    The Complaint, and each and every cause of action alleged therein, is barred by the doctrine of unclean hands to the extent that Plaintiff engaged in conduct which proximately caused or contributed to any and/or all injuries Plaintiff allegedly suffered, if any such conduct is discovered by Defendant through discovery.

**EIGHT AFFIRMATIVE DEFENSE**
**(Punitive Damages)**

11.    Plaintiff's claim for punitive damages against BMO fails to state a valid claim for such damages. BMO did not act with malice or reckless indifference to Plaintiff's protected right within the meaning of the law.

12.    Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of California.

**NINTH AFFIRMATIVE DEFENSE**
**(Acts of Others)**

13.    To the extent that Plaintiff has validly stated claims for any violations of the FCRA against BMO, which is denied, the alleged violations were committed by third parties outside of the control of BMO and BMO cannot be held liable for the acts of these third parties.

**TENTH AFFIRMATIVE DEFENSE**
**(Set Off)**

14.    To the extent that Plaintiff can effectively plead a claim for actual damages, such damages are mitigated (and offset) by the recovery of those same damages with any other party.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Damages Limit)**

15.    In the event that Plaintiff is able to adequately plead an actionable claim under the FCRA, his entitlement to statutory damages under §1681n is capped at $1,000.00 per action, not per violation.

**TWELFTH AFFIRMATIVE DEFENSE**
**(BMO's FEES AND COSTS)**

11
**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

16.   BMO affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (No Standing)

17.   Plaintiff lacks Article III standing to pursue claims against CIC because they have not suffered actual injury as a result of BMO's alleged conduct.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (After Acquired Evidence)

18.   Plaintiff's claims are barred, in whole or in part, to the extent Defendant has discovered, or will discover, additional evidence indicating that Plaintiff has engaged in conduct before or while employed that precludes or limits her assertion of the claims for relief and/or damages presented in the Complaint.

### <u>RESERVATION OF RIGHTS AND ADDITIONAL DEFENSES</u>

Defendant has not yet completed a thorough investigation and study or completed discovery of all facts and circumstances of the subject matter of the Complaint, and, accordingly, reserves the right to amend, modify, revise, or supplement this Answer and to plead such further defenses and take such further action as they may deem proper and necessary in its defense upon completion of said investigation and discovery.

### <u>PRAYER FOR RELIEF</u>

WHEREFORE, BMO prays for judgment as follows:

1.   That Plaintiff take nothing by way of this action;

2.   That judgment be entered against Plaintiff and in favor of BMO on all causes of action;

3.   That this action be dismissed in its entirety, with prejudice;

4.   That BMO be awarded its costs of suit and attorneys' fees incurred herein;

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

and

5. For such other and further relief as this Court may deem just and proper.

DATED: March 3, 2025

By:    /s/ Mancy Pendergrass
MANCY PENDERGRASS
Attorney for Defendant
BMO BANK N.A.

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, a copy of Defendant BMO Bank N.A.'s Answer to the Complaint was filed using the CM/ECF system which effectuates service on all counsel of record.

DATED:  March 3, 2025

By:    /s/ Mancy Pendergrass
MANCY PENDERGRASS
Attorney for Defendant
BMO BANK N.A.

**DEFENDANT BMO BANK N.A.'S ANSWER TO THE COMPLAINT**