**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

Attorneys for Plaintiff,
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.: 5:24-cv-09225-NW** |
| *Plaintiff,* | **PLAINTIFF SOLMAZ DEHCHESHMEH'S SUPPLEMENT TO JOINT PRETRIAL STATEMENT** |
| v. | |
| **BMO BANK NATIONAL ASSOCIATION; AND, TRANS UNION LLC,** | **DATE:** May 27, 2026 <br> **TIME:** 1:30 p.m. <br> **COURTROOM:** 1 |
| *Defendants.* | **HON. NOËL WISE** |

**PLAINTIFF SOLMAZ DEHCHESHMEH'S SUPPLEMENT TO JOINT PRETRIAL STATEMENT**

**TO THE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff SOLMAZ DEHCHESHMEH hereby lodges the following supplement to the Parties' Joint Pretrial Statement, Dkt. No. 58. Dehcheshmeh previously provided an estimate as to the total trial time in § 13. Since then, Dehcheshmeh has further refined the videos she will utilize of the individuals associated with Defendant BMO BANK NATIONAL ASSOCIATION and offers the following supplemental time estimate:

| SEGMENT | ESTIMATED TIME |
| --- | --- |
| Opening Statement | 0:20 |
| Barraza, Brigitte | 0:14:17 |
| Dehcheshmeh, Solmaz | 2:30 |
| Devitt, Kelly | 0:04:48 |
| Fagan, David | 0:24:16 |
| Kent, Eric | 0:18:57 |
| Lara, Jaime | 0:42:42 |
| Masjedi, Alireza | 0:30 |
| Rocha, Teresa | 0:04:57 |
| Roman, Vanessa | 0:11:42 |
| Zaiser, Toni | 0:14:21 |
| Closing Argument | 1:00 |
| **Total – Case in Chief** | **6:36** |

Date: May 25, 2026                    **LOKER LAW, APC**

By:   ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CERTIFICATE OF SERVICE**

A copy of the foregoing PLAINTIFF SOLMAZ DEHCHESHMEH'S SUPPLEMENT TO JOINT PRETRIAL STATEMENT has been submitted via CM/ECF on April 30, 2026.

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
               MATTHEW M. LOKER, ESQ.
               ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 5:24-cv-09225-NW**                                    *Dehcheshmeh v. BMO, et al.*

**PROOF OF SERVICE**