**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

Attorneys for Plaintiff,
Solmaz Dehcheshmeh

**IDEA LAW GROUP**
Jacqueline D. Serrao, Esq.
jserrao@idealawgroupllc.com
1651 East 4th St., Ste. 124
Santa Ana, CA 92701
(877) 353-2146 ext. 1007

Attorneys for Defendant
BMO Bank National Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.: 5:24-cv-09225-NW** |
| *Plaintiff,* | **FURTHER SUPPLEMENTAL JOINT PRETRIAL STATEMENT** |
| v. | **DATE:** May 27, 2026 |
| **BMO BANK NATIONAL ASSOCIATION; AND, TRANS UNION LLC,** | **TIME:** 2:00 p.m. |
| | **COURTROOM:** 1 |
| *Defendants.* | **HON. NOËL WISE** |

**TO THE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff SOLMAZ DEHCHESHMEH; and, Defendant BMO BANK NATIONAL ASSOCIATION jointly submit their Pretrial Statement pursuant to Section B of the Court's Standing Order for Civil Jury Trials on May 7, 2026.  [Dkt. No. 58].

On May 25, 2026, Dehcheshmeh submitted a supplemental Pretrial Statement which shortened her case in chief estimate.  [Dkt. No. 70].

The Parties further met and conferred regarding trial during the morning of May 27, 2026.  Dehcheshmeh agreed to edit Mr. David Fagan's video clip to include BMO's designations.  The Parties now offer this further supplemental Pretrial Statement.

## 13.    <u>Trial Time in Hours</u>

The parties have conferred regarding the total number of hours required to try this case. All time other than voir dire is included, including opening statements, direct and cross-examination, objections, sidebars, argument outside the presence of the jury, and closing arguments.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-09225-NW          1 OF 3          *Dehcheshmeh v. BMO, et al.*
**FURTHER SUPPLEMENTAL JOINT PRETRIAL STATEMENT**

Dehcheshmeh's estimate:

| SEGMENT | ESTIMATED TIME |
|---|---|
| Opening Statement | 0:20 |
| Barraza, Brigitte | 0:14:17 |
| Dehcheshmeh, Solmaz | 2:30 |
| Devitt, Kelly | 0:04:48 |
| Fagan, David | 0:24:16 |
| Kent, Eric | 0:18:57 |
| Lara, Jaime | 0:42:42 |
| Masjedi, Alireza | 0:30 |
| Rocha, Teresa | 0:04:57 |
| Roman, Vanessa | 0:11:42 |
| Zaiser, Toni | 0:14:21 |
| Closing Argument | 1:00 |
| **Total – Case in Chief** | **06:36** |

Defense's estimate:

| SEGMENT | ESTIMATED TIME |
|---|---|
| Opening Statement | 00:20 |
| Dehcheshmeh, Solmaz | 01:30 |
| Fagan, David | 00:07:34 |
| Closing Argument | 01:00 |
| **Total** | **02:57** |

Date: May 27, 2026                                          **LOKER LAW, APC**


By:  ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Date: May 27, 2026                                          **IDEA LAW GROUP**


                                          By: ___/s/ Jacqueline Serrao___
                                          JACQUELINE SERRAO, ESQ.
                                          ATTORNEY FOR DEFENDANT


## SIGNATURE CERTIFICATION


Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.


Date: May 27, 2026                                          **LOKER LAW, APC**


                                          BY: ___/s/ MATTHEW M. LOKER___
                                          MATTHEW M. LOKER, ESQ.
                                          ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing FURTHER SUPPLEMENTAL JOINT PRETRIAL STATEMENT has been submitted via CM/ECF on May 27, 2026.

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 5:24-cv-09225-NW                                    *Dehcheshmeh v. BMO, et al.*

**PROOF OF SERVICE**