**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.:** 5:24-cv-09225-NW |
| Plaintiff, | **NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EQUIFAX INFORMATION SERVICES, LLC** |
| v. | |
| **BMO BANK, N.A.; AND, TRANS UNION, LLC,** | **HON. NOËL WISE** |
| Defendants. | |

CASE NO.: 5:24-CV-09225-NW                     *Dehcheshmeh v. BMO Bank, N.A., et al.*

NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EQUIFAX INFORMATION
SERVICES, LLC

Plaintiff SOLMAZ DEHCHESHMEH hereby files this Notice of Lodging re: the Business Records Declaration of Equifax Information Services, LLC.

Date: May 28, 2026

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-CV-09225-NW          1 OF 1          *Dehcheshmeh v. BMO Bank, N.A., et al.*

**NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EQUIFAX INFORMATION SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Notice of Lodging re: Business Records Declaration of Equifax Information Services, LLC* has been filed via CM/ECF on May 28, 2026.

<div align="right">

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

</div>

<div style="writing-mode: vertical">

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

</div>

CASE NO.: 5:24-CV-09225-NW                          *Dehcheshmeh v. BMO Bank, N.A., et al.*

**PROOF OF SERVICE**