**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.:** 5:24-cv-09225-NW |
| Plaintiff, | **DECLARATION OF MATTHEW M. LOKER RE: TRAVEL PLANS** |
| v. | **HON. NOËL WISE** |
| **BMO BANK, N.A.; AND, TRANS UNION, LLC,** | |
| Defendants. | |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## DECLARATION OF MATTHEW M. LOKER

I, MATTHEW M. LOKER, declare:

1. I am one of the attorneys for Plaintiff SOLMAZ DEHCHESHMEH in this action.

2. I am over the age of 18 and am fully competent to make this declaration.

3. I am licensed to practice law before all California Federal Courts; and, all California State Courts.

4. I was admitted to the State Bar of California in 2011 and have been a member in good standing ever since that time.

5. I am the owner of Loker Law, APC, a consumer protection law firm based in Arroyo Grande, CA.

6. I previously taught contracts at the San Luis Obispo College of Law.

7. I am a Board Member and Treasurer for the National Association of Consumer Advocates.

8. I am a Board Member for the San Luis Obispo Legal Assistance Foundation.

9. I have litigated cases in both state and federal courts in Arizona, California, Colorado, Florida, Michigan, Minnesota, Missouri, Nevada, New York, North Carolina, Ohio, South Carolina, Tennessee, Utah, and Washington.

10. I regularly handle matters in arbitrations before JAMS and AAA as well.

11. If called as a witness, I would competently testify to the matters herein from personal knowledge.

12. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

13. During the Pretrial Conference, I reviewed my calendar and observed a flight departing San Luis Obispo at 12:42 p.m. on June 25, 2026.

14. At that time, I understood this to be the flight on which my daughters and I would travel to meet my wife in Nashville.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-CV-09225-NW          1 OF 2          *Dehcheshmeh v. BMO Bank, N.A., et al.*

**DECLARATION OF MATTHEW M. LOKER RE: TRAVEL PLANS**

15. Following the hearing, I discussed the continued trial date with my wife.

16. She advised me that the June 25, 2026 flight is, in fact, her solo trip to Nashville to meet friends.

17. My wife further advised me that our daughters and I are not scheduled to depart until June 28, 2026, when we will join her in Nashville before further travel to Mason, Ohio for the Fourth of July.

18. Accordingly, I was mistaken at the Pretrial Conference, and I have no conflicts during the week of June 22, 2026 that would interfere with the continued trial date.

Date: June 1, 2026

**LOKER LAW, APC**

By:   ___/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *DECLARATION OF MATTHEW M. LOKER RE: TRAVEL PLANS* has been filed via CM/ECF on June 1, 2026.

<div align="right">

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

</div>

<div style="text-align: left; writing-mode: vertical">LOKER LAW, APC<br>132 BRIDGE STREET<br>ARROYO GRANDE, CA 93420</div>

CASE NO.: 5:24-CV-09225-NW                                    *Dehcheshmeh v. BMO Bank, N.A., et al.*

**PROOF OF SERVICE**