**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,**<br><br>Plaintiff,<br><br>v.<br><br>**BMO BANK NATIONAL ASSOCIATION; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** 5:24-cv-09225-NW<br><br>**NOTICE OF LODGING OF STATEMENT OF CASE**<br><br>**HON. NOËL WISE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Solmaz Dehcheshmeh hereby lodges with the Court the attached Statement of Case in connection with the trial in this matter.

Date: June 4, 2026                                      **LOKER LAW, APC**

By:  ___/s/ Matthew M. Loker____
                    MATTHEW M. LOKER, ESQ.
                    ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-09225-NW          1 OF 1          *Dehcheshmeh v. BMO Bank National Association, et al.*
**NOTICE OF LODGING OF STATEMENT OF CASE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *NOTICE OF LODGING OF STATEMENT OF CASE* has been filed via CM/ECF on June 4, 2026.

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

---

**CASE NO.: 5:24-cv-09225-NW**          *Dehcheshmeh v. BMO Bank National Association, et al.*

**PROOF OF SERVICE**