**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.:** 5:24-cv-09225-NW |
| Plaintiff, | **NOTICE OF LODGING OF LIST OF PARTICIPANTS** |
| v. | **HON. NOËL WISE** |
| **BMO BANK NATIONAL ASSOCIATION; AND, TRANS UNION LLC,** | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Solmaz Dehcheshmeh hereby lodges with the Court the attached List of Participants in connection with the trial in this matter.

Date: June 4, 2026                                  **LOKER LAW, APC**

By:  ___/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:24-cv-09225-NW          1 OF 1        *Dehcheshmeh v. BMO Bank National Association, et al.***
**NOTICE OF LODGING OF LIST OF PARTICIPANTS**

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *NOTICE OF LODGING OF LIST OF PARTICIPANTS* has been filed via CM/ECF on June 4, 2026.

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: **5:24-cv-09225-NW**                *Dehcheshmeh v. BMO Bank National Association, et al.*

**PROOF OF SERVICE**