**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.:** 5:24-cv-09225-NW |
| Plaintiff, | **NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| **BMO BANK, N.A.,  AND, TRANS UNION, LLC,** | **HON. NOËL WISE** |
| Defendants. | |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-CV-09225-NW                    *Dehcheshmeh v. BMO Bank, N.A., et al.*
**NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff SOLMAZ DEHCHESMEH hereby files this Notice of Lodging re: the Business Records Declaration of Experian Information Solutions, Inc.

Date: June 5, 2026

**LOKER LAW, APC**

By: ___/s/ Nicholas Enns____
    NICHOLAS ENNS, ESQ.
    ATTORNEY FOR PLAINTIFF

CASE NO.: 5:24-CV-09225-NW            1 OF 1            *Dehcheshmeh v. BMO Bank, N.A., et al.*

NOTICE OF LODGING RE: BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS, INC.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Lodging re: Business Records Declaration of Experian Information Solutions, Inc.* has been filed via CM/ECF on June 5, 2026.

\_\_\_/s/ Nicholas Enns\_\_\_\_
NICHOLAS ENNS, ESQ

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-CV-09225-NW                    *Dehcheshmeh v. BMO Bank, N.A., et al.*

**PROOF OF SERVICE**