| DEHCHESHMEH V. BMO BANK |
|:---:|
| **5:24-cv-9225 NW** |
| **VERDICT FORM** |

**INSTRUCTIONS:** Read this form carefully. You must answer the questions in order. Your answers must be unanimous, meaning all jurors must agree on the answer to each question. After you have answered a question, follow the directions that explain what to do next. Do not skip a question unless the directions tell you to do so. Once you are instructed to date and sign the Verdict Form, have the foreperson do so, and notify the Court that you are ready to return your verdict.

## CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT

1. **Did Dehcheshmeh prove by a preponderance of the evidence that she suffered actual damages as a result of BMO's violation of the California Consumer Credit Reporting Agencies Act ("CCCRAA")?**

    YES _____        NO _____

*If you answered **YES, GO TO** Question 2.*

*If you answered **NO, GO TO** Question 3.*

2. **State the amount of actual damages Dehcheshmeh incurred between August 15, 2024 and November 26, 2025.**

$ _____

*GO TO* Question 3.

3. **Did Dehcheshmeh prove by a preponderance of the evidence that BMO Bank, N.A. willfully violated the CCCRAA?**

YES _____        NO _____

If you answered **YES, GO TO** Question 4.

If you answered **NO, GO TO** Question 5.

4. **State the amount of punitive damages you award against BMO Bank, N.A. under the CCCRAA. The amount of punitive damages pursuant to the CCCRAA is fixed at a range of $100 to $5,000 per violation (Jury Instruction No. 32) which Dehcheshmeh alleges occurred between August 2024 until the deletion in March 2025.**

$ _____

**GO TO** Question 5.

## FAIR CREDIT REPORTING AGENCIES ACT

5. **Did Dehcheshmeh prove by a preponderance of the evidence that she suffered actual damages as a result of BMO's violation of the Fair Credit Reporting Act ("FCRA")?**

YES _____          NO _____

*If you answered **YES, GO TO** Question 6.*

*If you answered **NO, GO TO** Question 7.*

6. **State the amount of actual damages Dehcheshmeh incurred after November 26, 2025.**

$ _____

**GO TO** Question 7.

7. **Did Dehcheshmeh prove by a preponderance of the evidence that BMO Bank, N.A. willfully violated the FCRA?**

YES _____          NO _____

If you answered **YES, GO TO** Question 8.

If you answered **NO, date and sign this Verdict Form.**

8.  **State the amount of punitive damages you award against BMO Bank, N.A. under the FCRA.**

$ _____

**Date and sign the Verdict Form.**

Dated: _____       Signed: _____

                                                    JURY FOREPERSON

**Notify the Court that you are ready to return your verdict.**