**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** 6/22/2026 | **Time:** 8:47a.m. – 4:50pm | **Judge:** NOEL WISE |
|---|---|---|
| **Case No.:** 24-cv-09225-NW | **Case Name:** Dehcheshmeh v. BMO Bank National Association | |

**Attorney for Plaintiff:** Matthew Loker Nicholas Enns
**Attorney for Defendant:** Jacqueline Serrao

**Deputy Clerk:** Allie Warren

**Court Reporter:** Summer Fisher
**Hearing Type: Jury Selection and Jury Trial**

**PROCEEDINGS**

**All stipulated exhibits were admitted to the record.**
**Jury selection conducted and completed.**
**Seated Jurors sworn.**
**The Court read Jury Instructions no. 1- 38.**
**Plaintiff provided opening statements.**
**Defendant provided opening statements.**
**Plaintiff witness Solmaz Dehcheshmeh sworn and testified under direct examination and cross examination of the defendant.**