**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** June 23, 2026         **Time:** 8:27 am - 3:25 pm        **Judge:** NOEL WISE

**Case No.**: <u>24-cv-09225-NW</u>        **Case Name:** Dehcheshmeh v. BMO Bank National Association

**Attorney for Plaintiff:** Matthew Loker Nicholas Enns

**Attorney for Defendant:** Jacqueline Serrao

**Deputy Clerk:** Allie Warren                    **Reported by:** Tiffany Salinas-Harwell

**PROCEEDINGS**

Jury Trial held.

The Plaintiff's witness testified in person or via deposition video.

Defense presented no witnesses or evidence.

Both parties rest.

Jury began deliberations.

SEE TRIAL LOG ATTACHED