**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Nicholas J. Enns (356855)
nick@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLMAZ DEHCHESHMEH, <br><br> Plaintiff, <br><br> v. <br><br> BMO BANK NATIONAL ASSOCIATION; AND TRANS UNION LLC, <br><br> Defendants. | **Case No.:** 5:24-cv-09225-NW <br><br> **NOTICE OF LODGING PROPOSED JUDGMENT** <br><br> **HON. NOËL WISE** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**PLEASE TAKE NOTICE** that Plaintiff SOLMAZ DEHCHESHMEH hereby lodges a Proposed Judgment in accordance with the verdict rendered on June 24, 2026.

Date: June 24, 2026                                        **LOKER LAW, APC**

                                        By:   ___/s/ Matthew M. Loker___
                                               MATTHEW M. LOKER, ESQ.
                                               ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-09225-PCP          1 OF 1   *Dehcheshmeh v. BMO Bank National Association, et al*
**NOTICE OF LODGING PROPOSED JUDGMENT**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Lodging Proposed Judgment* has been filed on June 24, 2026, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-09225-PCP                 *Dehcheshmeh v. BMO Bank National Association, et al*
**PROOF OF SERVICE**