**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** June 24, 2026          **Time:** 10:37 - 12:49          **Judge:** NOEL WISE

**Case No.**: 24-cv-09225-NW          **Case Name:**  Dehcheshmeh v. BMO Bank National Association

**Attorney for Plaintiff:** Matthew Loker Nicholas Enns

**Attorney for Defendant:** Jacquline Serrao

**Deputy Clerk:** Allie Warren                              **Reported by:** Tiffany Salinas-Harwell

**PROCEEDINGS**

Jury Trial held.

Jury Reached a verdict. Verdict was read and recorded.

Post trial Jury instructions read to jurors.

Jury dismissed.

Plaintiff's Counsel shall file proposed judgment no later than 6/26/2026.

Trial concluded.