## DEHCHESHMEH V. BMO BANK

### 5:24-cv-9225 NW

### VERDICT FORM

**INSTRUCTIONS**: Read this form carefully. You must answer the questions in order. Your answers must be unanimous, meaning all jurors must agree on the answer to each question. After you have answered a question, follow the directions that explain what to do next. Do not skip a question unless the directions tell you to do so. Once you are instructed to date and sign the Verdict Form, have the foreperson do so, and notify the Court that you are ready to return your verdict.

## CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT

1. Did Dehcheshmeh prove by a preponderance of the evidence that she suffered actual damages as a result of BMO Bank. N.A.'s negligent violation of the California Consumer Credit Reporting Agencies Act ("CCCRAA")?

    YES ____✓____        NO _____

If you answered **YES, GO TO** Question 2.

If you answered **NO, GO TO** Question 3.

2. State the amount of actual damages Dehcheshmeh incurred from August 15, 2024, through November 26, 2024, as a result of BMO Bank, N.A.'s negligent violation of CCCRAA.

$ 115,000

**GO TO** Question 3.

3. Did Dehcheshmeh prove by a preponderance of the evidence that BMO Bank, N.A.'s conduct was malicious, oppressive, fraudulent, or in reckless disregard of Dehcheshmeh's rights under CCCRAA?

YES ___✓___          NO _____

If you answered **YES, GO TO** Question 4.

If you answered **NO, GO TO** Question 5.

4. State the amount of punitive damages you award against BMO Bank, N.A. under CCCRAA. The amount of punitive damages pursuant to CCCRAA is fixed at a range of $100 to $5,000 per violation (Jury Instruction No. 32), which Dehcheshmeh alleges occurred from August 2024 through March 2025.

$ 105,000

**GO TO** Question 5.

## FAIR CREDIT REPORTING AGENCIES ACT

5. **Did Dehcheshmeh prove by a preponderance of the evidence that she suffered actual damages as a result of BMO Bank, N.A.'s negligent violation of the Fair Credit Reporting Act ("FCRA")?**

YES  ✓         NO _____

If you answered **YES, GO TO** Question 6.

If you answered **NO, GO TO** Question 7.

6. **State the amount of actual damages Dehcheshmeh incurred after November 26, 2024, as a result of BMO Bank, N.A.'s negligent violation of FCRA.**

$ 150,000

**GO TO** Question 7.

7. **Did Dehcheshmeh prove by a preponderance of the evidence that BMO Bank, N.A. willfully violated FCRA by conduct that was malicious, oppressive or in reckless disregard of Dehcheshmeh's rights under FCRA?**

YES  ✓         NO _____

If you answered **YES, GO TO** Question 8.

If you answered **NO, Date and sign the Verdict Form.**

8.  State the amount of punitive damages, if any, you award against BMO Bank, N.A. under FCRA. The amount stated below is separate and in addition to the amount of punitive damages awarded pursuant to CCCRAA under Question 4, if any.

$ _4,000,000_____

**Date and sign the Verdict Form.**

Dated: _6/24/26_____        Signed: _____

JURY FOREPERSON

**Notify the Court that you are ready to return your verdict.**