# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.:** 5:24-cv-09225-NW |
| Plaintiff, | ~~**[PROPOSED]**~~ **JUDGMENT** |
| | **HON. NOËL WISE** |
| v. | |
| **BMO BANK NATIONAL ASSOCIATION; AND TRANS UNION LLC**, | |
| Defendants. | |

Plaintiff SOLMAZ DEHCHESHMEH and Defendant BMO BANK NATIONAL ASSOCIATION commenced trial on June 22, 2026 before the Honorable Noël Wise.

The jury rendered a verdict on June 24, 2026.

Judgment is now entered in favor of Dehcheshmeh and against Defendant BMO Bank National Association as follows:

| CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT | |
|---|---|
| Actual Damages | $115,000.00 |
| Punitive Damages | $105,000.00 |
| **FAIR CREDIT REPORTING ACT** | |
| Actual Damages | $150,000.00 |
| Punitive Damages | $4,000,000.00 |
| **TOTAL** | $4,370,000.00 |

**IT IS SO ORDERED**

Dated: June 29, 2026 _____

_____
HON. NOËL WISE
UNITED STATES DISTRICT COURT JUDGE