**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

Attorneys for Plaintiff,
Solmaz Dehcheshmeh

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLMAZ DEHCHESHMEH,** | **Case No.: 5:24-cv-09225-NW** |
| *Plaintiff,* | **ADMITTED EXHIBITS** |
| v. | **HON. NOËL WISE** |
| **BMO BANK NATIONAL ASSOCIATION; AND, TRANS UNION LLC,** | |
| *Defendants.* | |

**CASE NO.: 5:24-cv-09225-NW**                    *Dehcheshmeh v. BMO, et al.*

**ADMITTED EXHIBITS**

Plaintiff SOLMAZ DEHCHESHMEH hereby lodges the following Exhibits which were offered and admitted during trial.

Dehcheshmeh's counsel, through the undersigned, confirms the exhibits are true and correct copies of the exhibits submitted to the jury in this matter.

Date: July 7, 2026                                   **LOKER LAW, APC**

By:   ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CERTIFICATE OF SERVICE**

A copy of the foregoing ADMITTED EXHIBITS has been submitted via CM/ECF on July 7, 2026.

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-09225-NW                                    *Dehcheshmeh v. BMO, et al.*

**PROOF OF SERVICE**