LATHAM & WATKINS
Jamie L. Wine (SBN 181373)
jamie.wine@lw.com
1271 Avenue of the Americas
New York, NY 10020
Phone: +1.212.906.1200
Fax: +1.212.751.4864

Gary Feinerman (PHV application pending)
gary.feinerman@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone: +1.312.876.7700
Fax: +1.312.993.9767

Christine Smith (PHV application pending)
christine.smith@lw.com
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: +1.202.637.2200
Fax: +1.202.637.2201

IDEA Law Group, PC
Jacqueline D. Serrao (SBN 266389)
1651 East 4th Street
Suite 124
Santa Ana, CA 92701
877-353-2146
Email: jserrao@idealawgroupllc.com

*Attorney for DEFENDANT*
*BMO BANK N.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLMAZ DEHCHESHMEH,<br><br>Plaintiff,<br><br>vs.<br><br>BMO BANK NATIONAL ASSOCIATION;<br>AND, TRANS UNION LLC,<br><br>Defendants. | CASE NO. 5:24-cv-09225-NW<br><br>~~[PROPOSED]~~ **ORDER GRANTING AS MODIFIED STIPULATION TO DEFER BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

The Court, having reviewed the stipulation by and between Plaintiff Solmaz Dehcheshmeh ("Dehcheshmeh"), on the one hand, and Defendant BMO BANK N.A. ("BMO"), on the other hand, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Briefing on Dehcheshmeh's motion for attorney's fees and costs filed on on July 13, 2026 as Dkt. No. 103 (the "Motion") is deferred until after this Court has resolved BMO's forthcoming Rule 59(e) motion;
2. ~~Plaintiff may amend its Motion for attorney's fees and costs;~~
3. ~~Any opposition or reply to the Motion for attorney's fees and costs shall be set for a date after the Court has resolved BMO's forthcoming Rule 59(e) motion.~~
4. The Motion is administratively TERMINATED, and Plaintiff may renew the motion, as modified and if appropriate, within 10 days of the Court's ruling on the Rule 59(e) motion.

**IT IS SO ORDERED.**

DATED: August 13, 2026

Hon. Noël Wise
United States District Judge